UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LEE ERICKSEN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID O. LIVINGSTON, et al.,<br><br>Defendants. | Case No.  25-cv-10176-RMI<br><br>**ORDER** |

On January 8, 2026, Plaintiff was provided twenty-eight days to file an amended complaint (dkt. 10). Since then, Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, Plaintiff is **ORDERED** to file an amended complaint within **twenty-one days** of service of this Order; otherwise, this case may be dismissed.

**IT IS SO ORDERED.**

Dated: March 5, 2026

ROBERT M. ILLMAN
United States Magistrate Judge