UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE LEE ERICKSEN,

　　　　　Plaintiff,

　　v.

DAVID O. LIVINGSTON, et al.,

　　　　　Defendants.

Case No.  25-cv-10176-RMI

**ORDER DIRECTING CLERK TO REASSIGN CASE**

　　All named parties, including unserved respondents, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to enter a dispositive order in a case. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). This case requires a decision dispositive of one or more claims, and the consent of all parties has not been obtained. Accordingly, the Clerk of Court shall reassign this case to a district judge pursuant to the court's assignment plan.

　　**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge