UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMIE LEE ERICKSEN,

           Plaintiff,

    v.

DAVID O. LIVINGSTON, et al.,

           Defendants.

Case No. 25-cv-10176-JSC

**ORDER OF DISMISSAL**

On January 8, 2026, Plaintiff's civil rights complaint was dismissed for failure to present a cognizable claim for relief by Magistrate Judge Robert Illman, to whom the case was previously assigned. (ECF No. 10.)[1] Plaintiff was granted 28 days to file an amended complaint, and warned that if he did not do so the case would be dismissed. He has not filed an amended complaint, requested an extension of time, or shown cause why not. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] After reviewing the complaint and order of dismissal with leave to amend de novo, this Court agrees with Judge Illman's conclusion.